☐ **AMENDED**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

In re:  **Charise Camille Burse**              Case No.

Debtors:                                       Chapter 13

# CHAPTER 13 PLAN

**ADDRESS:**   (1) 6069 Knightsbridge Drive            (2) _____
               Memphis, TN 38115

**PLAN PAYMENT:**
  **Debtor(1)** shall pay $ 710.00    ☐ weekly, ☐ every two weeks, ☐ semi-monthly, or ☑ monthly, by:
    ☐ PAYROLL DEDUCTION From: _____  OR ( X ) DIRECT PAY

  **Debtor(2)** shall pay $ _____    ☐ weekly, ☐ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
    ☐ PAYROLL DEDUCTION From: _____  OR (   ) DIRECT PAY

**1. THIS PLAN [Rule 3015.1 Notice]:**

  (A) CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]      ☐ YES   ☑ NO
  (B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION         ☐ YES   ☑ NO
      OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]
  (C) AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12].     ☐ YES   ☑ NO

**2. ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

**3. AUTO INSURANCE:** ☐ Included in Plan; **OR** ☑ Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

**4. DOMESTIC SUPPORT:**                                                Monthly Plan Payment:

**None**   Paid by: ☐ Debtor(s) directly ☐ Wage Assignment, **OR** ☐ Trustee to:
           ongoing payment begins _____                        $ _____
           Approximate arrearage: _____

**5. PRIORITY CLAIMS:**

-NONE-                                   Amount _____          $ _____

**6. HOME MORTGAGE CLAIMS:** ☐ Paid directly by Debtor(s); **OR** ☐ Paid by Trustee to:

**None**   ongoing payment begins _____                        $ _____
           Approximate arrearage: _____   Interest _____              $ _____

**7. SECURED CLAIMS:**

| [Retain lien 11 U.S.C. §1325 (a)(5)] | Value of Collateral: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| **Credit Acceptance** | $ 7,530.00 | 5.25% | $ 150.00 |
| Conn's | $ 3,500.00 | 5.25% | $ 100.00 |

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

| [Retain lien 11 U.S.C. §1325 (a)] | Value of Collateral: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| **Chrysler Financial** | $ 21,000.00 | 5.25% | $ 350.00 |

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

-NONE-    Collateral:

**10. SPECIAL CLASS UNSECURED CLAIMS:**

-NONE-    Amount:    Rate of Interest    Monthly Plan Payment: $

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

None    ☐ Not provided for  **OR**  ☐ General unsecured creditor

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**

-NONE-

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS: $69,606.00**

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

☐    _____%, OR,
☑    THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

None    ☐ Assumes  **OR**  ☐ Rejects.

**17. COMPLETION:** Plan shall be completed upon payment of the above, approximately **60** months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**

None

**ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.**

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

/s/ JEROME C. PAYNE    Date April 29, 2019 .
JEROME C. PAYNE 16243
Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)